## OCTOBER 5, 2012

*Certiorari Granted*

No. 11–796. BOWMAN *v.* MONSANTO CO. ET AL. C. A. Fed. Cir. Certiorari granted.

No. 11–1118. GUNN ET AL. *v.* MINTON. Sup. Ct. Tex. Certiorari granted.

No. 11–1447. KOONTZ *v.* ST. JOHNS RIVER WATER MANAGEMENT DISTRICT. Sup. Ct. Fla. Certiorari granted.

No. 12–17. MCBURNEY ET AL. *v.* YOUNG, DEPUTY COMMISSIONER AND DIRECTOR, VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT, ET AL. C. A. 4th Cir. Certiorari granted.

No. 11–1545. CITY OF ARLINGTON, TEXAS, ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 11–1547. CABLE, TELECOMMUNICATIONS, AND TECHNOLOGY COMMITTEE OF THE NEW ORLEANS CITY COUNCIL *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition in No. 11–1545, cases consolidated, and a total of one hour is allotted for oral argument. Reported below: 668 F. 3d 229.

No. 11–9335. ALLEYNE *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 11–9953. BOYER *v.* LOUISIANA. Ct. App. La., 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

## OCTOBER 9, 2012

No. 11–1448. UNITED STATES *v.* SAMISH INDIAN NATION. C. A. Fed. Cir. Certiorari granted, judgment with respect to all

matters relating to respondent's Revenue Sharing Act claim vacated, and case remanded with instructions to dismiss that claim as moot. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 12–5500. McGEE *v.* SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL. Ct. App. Cal., 3d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–5550. THREATT *v.* ARREDIA ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–5651. KEMPPAINEN *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12A184. DAKER *v.* GEORGIA. Sup. Ct. Ga. Application for stay, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. D–2665. IN RE DISBARMENT OF HOUSE. Disbarment entered. [For earlier order herein, see 567 U. S. 959.]

No. D–2676. IN RE DISBARMENT OF SIMON. Disbarment entered. [For earlier order herein, see 566 U. S. 984.]

No. D–2677. IN RE DISBARMENT OF SCHOENECKER. Disbarment entered. [For earlier order herein, see 566 U. S. 984.]